# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 05-MJ-00102-DLW |
|  | USM Number: 34004-013 |
| HESTON ZONNIE | STEVEN FILLER |
|  | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Criminal Complaint from the United States District Court, District of Arizona Case No. 05-4292M..

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1154(a) | Exchanged, Bartered & Sold Alcohol in Indian Country, to-wit Navajo Indian Reservation | August 19, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 11, 2006
Date of Imposition of Judgment

_(signature)_
Signature of Judge

David L. West, United States Magistrate Judge
Name & Title of Judge

4/11/2006
Date

DEFENDANT: HESTON ZONNIE
CASE NUMBER: 05-MJ-00102-DLW

Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Defendant sentenced to time served of 9 days. Court suspends any further jail sentence for period of 1 year provided Defendant has no violations of any federal, state or local laws other than a minor traffic offense during that period of time.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: HESTON ZONNIE  
CASE NUMBER: 05-MJ-00102-DLW                                                Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $0.00 |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

DEFENDANT: HESTON ZONNIE
CASE NUMBER: 05-MJ-00102-DLW                                  Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Defendant shall pay special assessment fee by April 21, 2006.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.

DEFENDANT: HESTON ZONNIE
CASE NUMBER: 05-MJ-00102-DLW

Judgment-Page A-1

## ADDENDUM TO JUDGMENT IN A CRIMINAL CASE
### (Confidential Information Concerning Defendant)

| | |
|---|---|
| Defendant's Social Security Number: | 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 |
| Defendant's Date of Birth: | 02/01/79 |
| Defendant's Residence Address: | 2400 Arroyo Drive, #4<br>Durango, Colorado 81301 |
| Defendant's Mailing Address: | SAME |

To comply with 18 U.S.C.A. § 3612(b)(1)(A), this separate section of the judgment styled "ADDENDUM TO JUDGMENT IN A CRIMINAL CASE (CONFIDENTIAL INFORMATION CONCERNING DEFENDANT)" shall contain defendant's social security account number, mailing address, and residence address. The probation officer shall maintain this Addendum, and it shall not be filed with the clerk. Unless otherwise ordered, the Probation Department shall disclose the Addendum only to counsel of record and to any attorney for the Government engaged, pursuant to 18 U.S.C.A. § 3612(b)(1)(A), in collection of a monetary obligation imposed by the judgment. The judgment entered and filed by the clerk shall refer to the Addendum and shall recite that it contains defendant's social security number, date of birth, residence address, and mailing address and is withheld from the file pursuant to court order. The court finds that the defendant has a privacy interest in keeping this information confidential, that public disclosure of this information may potentially harm defendant, that the public interest in this information is minuscule, and that the potential harm to defendant outweighs the public interest in disclosure.

April 11, 2006
Date of Imposition of Judgment

[Signature]
Signature of Judge

David L. West, United States Magistrate Judge
Name & Title of Judge

April 11, 2006
Date